

**NO SUCH DAME**

# Here's Manti Te'o Hoaxer Ronaiah Tuiasosopo Performing What He Claims Is Lennay Kekua's Voice

FEB 1, 2013 10:29 AM   54,970 | 148

Share | +1 | Like | 430

**Timothy Burke and Jack Dickey**

When the first part of Dr. Phil's exclusive interview with Ronaiah Tuiasosopo concluded yesterday, we were left with a cliffhanger: would Ronaiah finally give in to the good Doctor's demands and perform the voice of Lennay Kekua? Today we got the answer: sort of.

That recording was sent to voice analysts, one of whom concluded Tuiasosopo was "a true talent" who had abilities the analyst had never seen before. All three experts concluded the voice matched those from the voicemails. Here's the original voicemails provided by Te'o, for comparison:



Tuiasosopo also explained his lengthy deception as a way to "escape" from real life after being

   SIGN IN

LATEST STORIES ▼   FRIDAY, FEB 1, 2013

**SPORTS NEWS WITHOUT ACCESS, FAVOR, OR DISCRETION**

**NEWER STORIES...**

 NO SUCH DAME   10:29 AM
Here's Manti Te'o Hoaxer Ronaiah Tuiasosopo Performing What He Claims Is Lennay Kekua's Voice

 FANTASY FOOTBALL   10:15 AM
The Deadspin 2012-2013 Fantasy Football Awards

 Michigan's athletic department "catfished several athletes to teach them the dangers of social networking."

This date in Deadspin history: We met the worst volleyball coach ever.

 THE DAILY SCREENCAP   9:00 AM

 DUAN!   7:30 PM
Deadspin Up All Night: You Stay On My Mind

 JOE FLACCO   7:00 PM
2014 Super Bowl Host Committee Wonders Why Joe Flacco Dissed His Home State Of New Jersey

 GRIERSON & LEITCH   6:45 PM
*Warm Bodies* Is the Zombie Romance You Didn't Know You Wanted

 Over at KSK, Sarah Sprague, Spilly, and our own Albert Burneko held the most important food roundtable
Coach Had Affair

 LIFE'S RICH PAGEANT   6:11 PM
Here's A Couple Soccer Fans Pretending To Hump Each Other Behind A Live Deadline Day Report On Sky Sports News

Kareem Abdul-Jabbar's first post for HuffPo in three years: *Girls* Just Wants to Have (White) Fun. Right on time!

**EXHIBIT F**

repeatedly molested as a child by a family friend. He later provided a tearful apology to everyone he'd hurt, including his family, friends, and Te'o himself.

44 discussions in response to Timothy Burke and Jack Dickey

to Katie Couric who shares the same spokesperson as Manti. The fact that Ronaiah's voice matches them is compelling public theater but can hardly be considered undeniable evidence that Manti and Ronaiah aren't scrambling to cover up something -- be it the true nature of their relationship, a scheme to gain publicity during the football season, or even a plot to stretch out this current media attention for personal gain.

If I'm innocent, and I'm concerned with proving my innocence, I'm going to show undeniable proof to anyone who will look. I'm not going to do exclusive interviews and

**Raysism** and 6 more     Reply

[shakes head in mock indignation]
-- Dr. Phil

[cums]
-- Phil Hendrie

**IronMikeGallego** and 2 more     Reply

But the bigger surprise came after the commercial break, when Dr. Phil revealed that the voice on the recording was actually Kevin Costner attempting to affect a Welsh accent for his new movie *Dances with*

**KluweKardashian** and 4 more     Reply

The people that are still clamoring on about Manti Te'o possibly being in on this make the Sandy Hook "truthers" look sane by comparison.

What we gained from this is that A) Te'o was a pretty naive dude and a complete victim B) Tuiasosopo is one of MANY fucked up people with internet access and WAY too much time on their hands and C) We have a bunch of fucking weirdos out there who buy into conspiracy theories that come in all shapes and forms and no matter what truths do come out they refuse to ingest those truths

do.

talking to, say, your grandchildren, that you're going to have to somehow explain Michael Jackson? Like, that there was this young, African-American musical boy genius who grew into an ever bigger star as an adult, but along the way, caught his hair on fire, reigned over a molesty theme park with pet primates, purchased the skeleton of a deformed man, fake-married Elvis's daughter, and named *one* of the children he fathered with a lesbian "Blanket" before dangling him over a balcony with all the care and caution that one would show a water balloon? Oh, and gradually morphed into a noseless white woman??? And that this was

**BronzeHammer** and 3 more     Reply

I don't believe this shit. This is just absurd, and borders on insane. I can't believe it. I just can't. I won't believe it.

[tosses empty small, yellow tub into the garbage can]

I'm going to get to the bottom of this.

[opens another small, yellow tub, brandishes Truth Spoon]

**RMJ=H** and 2 more     Reply

He *did* do an outstanding National Anthem So then Te'o really is just the worst excuse for a boyfriend, after all?

**kevinro** and 3 more     Reply

This story is getting ridiculous. Why can't this prick just perform the voice on screen? This whole situation was shady from the beginning and it still is. I don't believe a word Te'o and Tuiasosopo have said. Oh well. The actual "truth" will never come out.

**RandomHookup** and 2 more     Reply

The new word to add to our vocabulary -- *and integral part of traditional Samoan culture, fa'afafine, born biologically male, embody both male and female gender traits. Their gendered behavior typically ranges from extravagantly feminine to mundanely masculine.*

H/T to whoever mentioned this in earlier

*At Last, *Tiger Woods PGA Tour 14* Brings Sudden Death To Life



CHRIS CULLIVER     5:59 PM
Chris Culliver Was Asked Almost Adrian Wojnarowski's Latest Column Features A Sick Burn On John Hollinger

MORE STORIES...

threads.

American Samoa has a fa-afafine (MTF) on their men's soccer team. She helped her team to their first international victory *ever*.

Show all


Who Is America's Favorite NFL Team? Facebook Data Offer A Clear Winner.


Letters From Death Row: Douglas Feldman, Texas Inmate 999326


Do I Really Need to Learn a Productivity Method?


*Football*: The *Kotaku* Review

JEZEBEL

Pretty Girls Need Jobs, Too

io9

Dark Side of the Earth: What would happen if our planet

JALOPNIK

The Funniest Story You'll Ever Hear About A Rolex

GIZMODO

How to Make Mathematically Perfect Nachos

About   Help   Jobs   Legal   Privacy   Permissions   Advertising   Subscribe   Send a tip