

 **Deadspin** @Deadspin  Follow

VIDEO: Here's Ronaiah Tuiasosopo performing the "Lennay Kekua" voice on Dr. Phil deadsp.in/u8VBshh

◄ Reply ♺ Retweet ★ Favorite ••• More

**Here's Manti Te'o Hoaxer Ronaiah Tuiasosopo Performing What He Claims...**

When the first part of Dr. Phil's exclusive interview with Ronaiah Tuiasosopo concluded yesterday, we were left with a cliffhanger: would Ronaiah finally give in to the good Doctor's demands and...



Deadspin@Deadspin · Follow

| 169 | 141 |
|---|---|
| RETWEETS | FAVORITES |



7:32 AM - Feb 1, 2013                                Flag media

---

 **Nathan Hutchinson**@sweetlegs65       Feb 1
@Deadspin I can't believe this guy played QB for the Raiders. Oh wait, yes I can.
Details

 **Brian P. Hickey**@BrianPHickey        Feb 1
@Deadspin Now it places the lotion in the basket.
Details

 **Sonia Tydingco**@SoniaTyding          Feb 1
@sweetlegs65 @deadspin that was Marques Tuiasosopo at QB for the Raiders, not Ronaiah.
Details

 **Brian Gardner**@ImBrianGardner        Feb 1
@sandmanVII RT @Deadspin VIDEO: Here's Ronaiah Tuiasosopo performing the "Lennay Kekua" voice on Dr. Phil deadsp.in/u8VBshh
Details

**EXHIBIT G**