IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| PETESKI PRODUCTIONS, INC. | § | |
| | § | |
| V. | § | No.  5:13CV46 |
| | § | |
| GAWKER MEDIA, LLC | § | |

## ORDER APPOINTING MEDIATOR

Given the procedural posture of this case, the Court finds early mediation appropriate.  As agreed upon by the parties, the Court appoints The Honorable T. John Ward as the mediator.  The Court appoints Lance Lee as lead counsel who shall be responsible for working with the mediator and counsel to coordinate a mutually agreeable date and time for the mediation.  All parties and their counsel, as well as parties with ultimate settlement authority, must be personally present at the mediation.

Within five days of the completion of the mediation, the mediator shall submit a report to the Court regarding the status of the mediation.

IT IS SO ORDERED.
SIGNED this 2nd day of January, 2014.

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE