**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| PETESKI PRODUCTIONS, INC., | § | |
| | § | |
|     Plaintiff, | § | Civil Action No. 5:13-CV-00046 |
| V. | § | |
| | § | |
| GAWKER MEDIA, LLC | § | JURY DEMANDED |
| | § | |
|     Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has been presented with the parties' Stipulation to Dismiss with Prejudice.

After considering the stipulation, the Court finds that it is well taken and is hereby GRANTED.

It is hereby ORDERED that:

1) The Stipulation to Dismiss with Prejudice is **GRANTED**; and

2) All claims for relief asserted in the above-captioned dispute are dismissed with prejudice.

   **It is SO ORDERED.**

   **SIGNED this 5th day of May, 2014.**


MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

57860641.1